Name Brittney D Johnson
Mailing address 12041 Johns RD #3
City, State, Zip anch, ak 99515
Telephone 907 782-9665 / 444-1408.

**RECEIVED**

MAY 1 2 2014

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Brittney D. Johnson ,
(Enter full name of plaintiff in this action)

                                        Plaintiff,

vs.

Alaska Native Medical Center

Dr. Suzanne Fix ,

_____ ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

                                        Defendant(s).

Case No. 3:14-cv-00087-TMB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Brittney Johnson
   (print your name)

who presently resides at 12041 Johns RD #3 anch, ak 99515
   (mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Alaska Native Medical Center_ is a citizen of
                          (name)
_Alaska_, and is employed as a _Hospital_ .
   (state)                              (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Suzanne Fix_ is a citizen of
                          (name)
_Alaska_, and is employed as a _Neurosurgeon_ .
   (state)                              (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
                                          (name)
_____, and is employed as a_____ .
   (state)                              (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:14-cv-00087-TMB   Document 1   Filed 05/12/14   Page 2 of 7

<u>Claim 1</u>: On or about _____, my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by ___Alaska Native Medical Center and Suzanne Fix___

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1.   State what happened briefly and clearly, in your own words.   Do not cite legal authority or argument.   Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

For about 5-6 years I complained to ANMC about back pain in which they told me I was fine until 2010 when they took me seriously. They realized my back was in horrible shape and I had my 1st surgery in Feb of 2011. Dr. Fix said I had one of the worst backs shes seen in her career. after this surgery, one of my bone grafts slipped completely out into my body and fused itself to my nerves which led to the 2nd surgery by Dr. Fix 2011 She fixed the bone graft which in time (a few months) slipped out again leading to a 3rd surgery in November of 2011. This was done by Dr. William Betts who told me I would live a normal pain free life. I continued to have worsening pain and after 2 weeks of calling, the hospital reluctantly diagnosed me with a permanent and painful disability called Arachnoiditis! Arachnoiditis is caused by multiple surgeries and myelograms which I had and with no warning that this could happen. There is no cure. I cannot work and have to be on pain managment for life. I was diagnosed in May of 2012. May 12th.

(Please see next page)

<u>Claim 2</u>: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and<br>unusual punishment, etc.  List <b>only one</b> violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

After being diagnosed I was told as well as given a written document showing I would need chronic pain managment. ANMC started the pain managment and then later stopped saying they didnt think I should be recieving it. I have and am currently suffering horribly from this condition.
I have 3 children to raise and not being able to work has caused an emotional and mental setback for me, as their mother not being able to properly provide for them.
I'm 35 years old with 2 bone grafts, 6 screws and 4 rods in my back. Im affected by heat, cold, standing, sitting, walking, driving, sleeping, socializing. I'm on medications for pain, sleep, antidepressants among many others.
My left leg from my bottom to the back of my knee is completely numb/dead due to extensive nerve damage.

Claim 3: On or about _____, my civil right to
                              (Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List **only one** violation.)

was violated by _____
                        (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Case 3:14-cv-00087-TMB   Document 1   Filed 05/12/14   Page 5 of 7

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _15 million_

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury.  ____X____ Yes  _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

Executed at ___*Anchorage, AK*___ on ___*5/12/14*___
                          (Location)                                    (Date)

_____
        (Plaintiff's Original Signature)


_____        _____
   Original Signature of Attorney (if any)                  (Date)


_____
_____
_____
Attorney's Address and Telephone Number