RECEIVED

JUL 01 2014

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Brittney D Johnson
Name
13841 Johns RD #3
Anch, AK 99515
Mailing address

907 782-9665
Telephone

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Brittney Dorrika Johnson
(Full name of the Plaintiff)

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.[1]

Case No. 3:14-CV-00087-TMB
(To be supplied by the Court)

COMPLAINT
under the
FEDERAL TORT CLAIMS ACT

1. Jurisdiction in the United States District Court for the District of Alaska is invoked under 28 U.S.C. § 1346(b).

2. The Plaintiff resides in the above federal judicial district, and the acts and omissions complained of occurred in this district.

3. On or about ___May 2013___, _I was diagnosed_
   (Date or Period of Time)       (Supporting facts)
_with a permanent →_

---

[1] The United States is the only proper defendant in claims brought under the Federal Tort Claims Act. 28 U.S.C. § 2679(a). The FTCA "waives the sovereign immunity of the United States for certain torts committed by federal employees 'under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.'" *Vacek v. U.S. Postal Service*, 447 F.3d 1248, 1250 (9th Cir. 2006) (citations omitted).

PS20 - FTCA (2014)

and very painful disability after having 3 major back surgeries with the 1st one happening Feb 2011, 2nd surgery Aug 2011, and the 3RD in Nov 2011. I had been complaining about back pain for 5 years with ANMC telling me I was fine. Finally I was taken seriously in 2010. Dr. Fix told me my back was one of the worst she'd ever seen in her career which was blown discs leading to bone on bone. She proceeded to putting in 2 synthetic bone grafts, 4 rods and 4 screws. After recovery, I continued having serious back pain which led to a second surgery in Aug 2011 due to a bone graft slipping completely out of place, falling into my body cavity where it fused with my nerves. The nerves had to be drilled away from the graft where it was then replaced. After the recovery of the second surgery, I continued to have worsening pain which led to a third surgery in Nov 2011 by Dr. William Betts. Before the surgery I was told I would live a normal pain free life. ~~after the surgery~~ The same bone graft slipped out of place again after the 2nd surgery. Dr. Betts added 2 more screws bringing the total to

(over)

after recovering
from for 7 weeks in the hospital, I was sent home. 3 days later I was back in the hospital with crippling headaches, my heart rate was dropping to below 20, I was lethargic and could barely get out of bed. The nurses did not believe me and after realizing it was in fact serious, I was moved to the 5th floor to be monitored on a 24 hour heart monitor. I was scared that I was gonna die in my sleep and did not want my mom to leave at night. After recovering for months ~~and months~~ on large amounts of prescribed heavy narcotics. I was a zombie at one point so I weaned myself off the morphine. I continued to have worsening pain in my back, my tailbone felt like it was on fire, pain shooting down my legs, I could barely move some days. After months of this pain, I went in for another myelogram and was told they would call me with the results. It took my mother and myself 7 weeks of repeated calls to Anchorage to get an answer.

Case 3:14-cv-00087-TMB Document 6 Filed 07/01/14 Page 3 of 8

_after all these calls, the doctors reluctantly diagnosed me with a permanent painful disability._

4. During the incident described above, the United States of America, through its _see attached_ employees, was negligent in regards to the plaintiff.

5. As a direct and proximate result, and as a consequence of the negligence of the defendant, the plaintiff was injured.

6. The plaintiff sustained injuries as follows (i.e., physical injuries, pain and suffering, any losses involving employment, and/or injuries to property; include reasonably certain future losses): _After being diagnosed with arachnoiditis, a permanent and very painful disability, I was told I wouldn't be able to work. I cannot sit, stand, walk, drive, ect, for longer than 15-20 minutes. I have continuous pain, I can't work, I lost my home because of this and I'm currently being evicted because I can't work to pay bills, my disability benifits has not gone through. I have 3 children who I adore. How am I supposed to support my family. I can't be homeless with 3 kids. I'm depressed, on meds for it. I have restless legs syndrome + panic attacks. I feel completely (over)_

7. On or about _____, the plaintiff timely exhausted his/her administrative remedies with the "appropriate Federal agency," as required by 28 U.S.C. § 2675(a). **A copy of the completed Standard Form 95, or other written notification of the incident, is filed as an attachment to this complaint**.

helpless. How do I pay bills, keep a roof over my childrens heads, I have no vehicle. ANMC permanently disabled me and refused to treat my pain after a while. I was told I would need chronic pain management and I have to go to another pain clinic because my own hospital wont help? I will never understand why this happened to me, a healthy 32 year old with 3 children to raise. Everyone tells me everything happens for a reason and God only gives you as much as you can handle? Well why me? What did I do to deserve this? I'm tired of not being able to live my life without worrying if I'm getting evicted (foreclosed) or if my electricity is gonna be shut off. I live my life day to day worrying but at the same time holding it together for my children.
ANMC permanently disabled a healthy 32 year old with no warning that this could happen after multiple myelograms and back surgerys, then stopped treating me for pain? This in unfair and not at all right.

8. Plaintiff demands a trial by __X__ Jury _____ Court. (Choose one)

9. REQUEST FOR RELIEF:

   Plaintiff requests judgment in the amount of $ 15 million.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_____
Plaintiff's Original Signature

Brittney Dorrika Johnson
(Plaintiff's Full Name)

Executed at  Anchorage, AK  on  6/28/14
             (City/State)              (Date)

Brittney O Johnson
12041 Johns RD #3
anch, AK 99515
(907) 782-9665

complaint under the FTCA

Since the diagnoses, I have and am currently suffering from chronic pain, depression, anxiety, repeated bladder and kidney infections, restless legs syndrome, muscle cramps, muscle twitches, numbness and tingling, nerve damage, stress, hair loss from stress, panick attacks, had a blood clot, hip pain, recently had x-rays done due to the hip pain and some new symptoms in my left leg and found out there is slight movement with the screw at S-1 (lower spine). What if this gets worse? Will a hospital even do another surgery if needed after the extreme, extensive, and permanent damage done from previous surgeries? I feel that if ANMC would have listened to me early on, we could have caught it and prevented even 1 major surgery let alone 3 within 10 months of eachother. It was negligence and now I can't work, properly provide, or pay even a cell-phone bill. Before the surgeries, I could do these things

Britney D Johnson
1241 Johns RD #3
Anch, AK 99515

United States District Court
Clerks office
222 W. 7th Ave #4
Anchorage, AK 99513-7564

99513$7504

