**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

BRITTNEY D. JOHNSON,
        Plaintiff,

Case Number 3:14-cv-00087-TMB

v.

UNITED STATES OF AMERICA,
        Defendant.        **JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY COURT**. This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this case is dismissed without prejudice to the timely filing of a new case if Johnson is not satisfied with the final agency action in response to her administrative claim(s).

APPROVED:

 s/TIMOTHY M. BURGESS
United States District Judge

Date: October 7, 2014

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                          MARVEL HANSBRAUGH
                                         Marvel Hansbraugh,
                                          Clerk of Court

[ ]{JMT2.WPT*Rev.3/03}